SLR    05-78



