United States District Court
For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. __05 cv 78 (SLR)__

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

05-78-SLR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD
   SMYRNA, DE 19__

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Beatrice_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   _Beatrice ONeal_              4/27/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2030 0003 0326 6389

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-P-4081

FILED 2005 MAY -4 PM 2:42 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE