# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

**CURTIS E. MCALLISTER**,                        :
                                                 :
               Petitioner,            :
                                                 :
     v.                            :       Civ. Act. No. 05-78-SLR
                                                 :
**THOMAS CARROLL**,                              :
Warden, and **M. JANE BRADY**,                   :
Attorney General of the State of                 :
Delaware,                                        :
                                                 :
               Respondents.           :

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.      The petitioner, Curtis E. McAllister, has applied for federal habeas relief, challenging his April 2000 conviction in Delaware Superior Court for trafficking in heroin over 50 grams, possession with intent to distribute heroin, and related drug offenses. D.I. 1. By the terms of the Court's order, the answer is due to be filed on June 13, 2005.

2.      Within the last two weeks, counsel for respondents has filed two answering briefs in appeals in the Delaware Supreme Court. Further, the undersigned has been out of the office on several days for medical reasons. In addition, the undersigned has been and continues to be working on other cases before this Court and the state courts. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3.      Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2).  *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).  The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondents' workload" in determining the period of time that should be allowed to answer the petition.

4.      This is respondents' first request for an extension of time in this case.

5.      Respondents submit that an extension of time to and including July 11, 2005 in which to file an answer is reasonable.  Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: June 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF.  I also hereby certify that on June 8, 2005, I have mailed by United States Service, the documents to the following non-registered participant:

Curtis E. McAllister
SBI No. 154238
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us