**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2005, I electronically filed an answer (with attachments) with the Clerk of Court using CM/ECF. I also hereby certify that on July 11, 2005, I have mailed by United States Service, the same documents to the following non-registered participant:

Curtis E. McAllister
SBI No. 154238
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                                /s/ Elizabeth R. McFarlan
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 3759
                                                elizabeth.mcfarlan@state.de.us