IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CURTIS E. MCALLISTER**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-78-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **M. JANE BRADY**, | : | |
| Attorney General of the State of | : | |
| Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that the certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Appellant's Opening Brief & Appendix (No. 222, 2000)

   b. State's Answering Brief (No. 222, 2000)

   c. Appellant's Reply Brief (No. 222, 2000)

   d. Order (July 31, 2001) (No. 222, 2000)

   e. Response to the Order of Remand (No. 222, 2000)

   f. Appellant's Opening Brief & Appendix (No. 345, 2004)

   g. State's Motion to Affirm (No. 345, 2004)

    h.  Order (December 28, 2004) (No. 345, 2004).

<u>/s/ Elizabeth R. McFarlan</u>  
Deputy Attorney General  
Department of Justice  
820 N. French Street  
Wilmington, DE 19801  
(302) 577-8500  
Del. Bar. ID No. 3759  
elizabeth.mcfarlan@state.de.us

July 11, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2005, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on July 11, 2005, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Curtis E. McAllister
    SBI No. 154238
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us