8/4/2005
AUG - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Honorable Judge Sue L. Robinson

I'm writing in concern of my response to the States answer. I sent to the Law Library the 27th of July my response. Which usually takes a day or two days at the most mysteriously to say the least, has not reach me, to sign and send off.

One of the clerks at the Law Library has said, he remember copying it and signing it off, the 28 of July and it has been taking to the mail room the same day.

I've wrote the mail room Know response and Supportive Services with the same results as the mail room

Also sent a grievance Form (#584) off the 4th of August to no avail.

Now, I'm respectfully and most Humbly asking for your patience in this forementioned matter at hand

P.S. I'm Pro-se in this matter, as of now

SBI #154288

Sincerely yours
Curtis McAllister
case # Civ. Act No. 05-78-SLR

I/M Curtis McAllister
SBI# 154238   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 "King Street" Lock Box 18
Wilmington DE
19801-3570