1/19/'05

CURT,

THE STATUTORY RANGE FOR A CLASS A FELONY

IS 15 YEARS TO LIFE.

YOUR REQUIRED TO SERVE A MINIMUM OF 75%

OF YOUR SENTENCE.

UNDER TIS THERE IS NO PAROLE

05-78 SLR



FILED
AUG 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE