IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CURTIS E. MCALLISTER,           )
                                )
            Petitioner,         )
                                )
      v.                        )   Civ. No. 05-078-SLR
                                )
THOMAS CARROLL,                 )
Warden, and CARL                )
C. DANBERG, Attorney            )
General of the State            )
of Delaware,                    )
                                )
            Respondents.        )

**ORDER**

For the reasons set forth in the memorandum opinion issued this date, IT IS HEREBY ORDERED that:

1. Petitioner Curtis E. McAllister's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.  (D.I. 1)

2. The court declines to issue a certificate of appealability.

Dated: March 9 , 2006

UNITED STATES DISTRICT JUDGE