# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Curtis McAllister_   SBI#: _154238_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _April 6, 2006_

FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

---

Attached are copies of your inmate account statement for the months of _October 1, 2005_ to _March 31, 2006_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 86.11 |
| Nov | 53.08 |
| Dec | 36.46 |
| Jan | 35.75 |
| Feb | 31.35 |
| March | 49.52 |

Average daily balances/6 months: _48.97_

Attachments
CC: File

_Stacy Shane_
4/6/06

_[notary signature]_
My Commission expires
6-17-2006



WILMINGTON DE 197
11 APR 2006 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

I/M Curtis E. McAllister
SBI# 154238 UNIT 31/D-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-RAY