APS-354                                                                September 28, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-2192**

CURTIS E. McALLISTER,
    Appellant

    v.

THOMAS L. CARROLL, et al.

    (D. Del. Civ. No. 05-cv-00078)

Present:    SLOVITER, McKEE and FISHER, <u>CIRCUIT JUDGES</u>

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

    in the above captioned case.

                                Respectfully,

                                Clerk

MMW/DPW/arl

_____ORDER_____

    The foregoing request for a certificate of appealability is denied. <u>See</u> 28 U.S.C. § 2253(c)(2). For essentially the reasons given by the District Court, jurists of reason would not debate the correctness of the District Court's decision to deny Appellant's habeas petition filed under 28 U.S.C. § 2254. <u>See</u> <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Appellant has failed to make a substantial showing of the denial of a constitutional right, and a certificate of appealability will not issue. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003).

                                By the Court,

                                /s/ D. Michael Fisher
                                Circuit Judge

Dated: October 16, 2006
ARL/cc: CEM; ERM

Marcia M. Waldron, Clerk